# United States District Court
# Central District of California

| | |
|---|---|
| JAMES MOTTY, an individual, | Case No. 2:15-CV-7463-ODW (E) |
| Plaintiff, | |
| v. | **OSC RE SETTLEMENT** |
| FIRST STUDENT, INC.; and DOES 1–100, inclusive, | |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 39), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by December 28, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 28, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**