| | |
|---|---|
| 1 | LAW OFFICES OF THOMAS W. FALVEY |
| | THOMAS W. FALVEY, SBN 65744 |
| 2 | thomaswfalvey@gmail.com |
| | MICHAEL H. BOYAMIAN, SBN 256107 |
| 3 | mike.falveylaw@gmail.com |
| | ARMAND R. KIZIRIAN, SBN 293992 |
| 4 | armand.falveylaw@gmail.com |
| | 550 North Brand Boulevard, Suite 1500 |
| 5 | Glendale, California, 91203 |
| | Telephone:  (818) 547-5200 |
| 6 | Facsimile:   (818) 500-9307 |
| 7 | Attorneys for Plaintiff JAMES MOTTY |

8  THEODORE E. SCOTT, Bar No. 108849
   tscott@littler.com
9  DAVID J. DOW, Bar No. 179407
   ddow@littler.com
10 O. MISHELL P. TAYLOR, Bar No. 256850
   mtaylor@littler.com
11 LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
12 San Diego, California 92101-3577
   Telephone:   619.232.0441
13 Facsimile:    619.232.4302

14 Attorneys for Defendant
   FIRST STUDENT, INC.
15
16 (*Additional Counsel Listed on Following Page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOTTY, an individual, Individually and on Behalf of All Others Similarly Situated | CASE NO. 2:15-cv-07463-ODW-Ex |
| Plaintiffs, | [*Assigned to the Honorable Otis D. Wright II*] |
| v. | **JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| FIRST STUDENT, INC., an entity, and DOES 1 – 100, inclusive, | |
| Defendants. | |

JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

1  THE GILLAM LAW FIRM
   CAROL L. GILLAM, SBN 102354
2  carol@gillamlaw.com
   10866 Wilshire Blvd., Suite 400
3  Los Angeles, CA 90024
   Telephone:  (424) 901-8372
4  Facsimile:   (310) 203-9922

5  Attorneys for Plaintiff JAMES MOTTY

6  HEATHER L. SHOOK, Bar No. 268716
   hshook@littler.com
7  LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
8  Los Angeles, CA  90071
   Telephone:  213.443.4300
9  Fax No.:       213.443.4299

10 Attorneys for Defendant
   FIRST STUDENT, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

1  **PLEASE TAKE NOTICE** that all parties in this action, Plaintiff JAMES
2  MOTTY ("Plaintiff"), on the one hand, and Defendant FIRST STUDENT, INC.
3  ("Defendant"), on the other, through their respective counsel of record, hereby
4  stipulate and agree to voluntarily dismiss *with prejudice* all causes of action in the
5  above referenced action, and this lawsuit in its entirety, pursuant to Rule
6  41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.
7  Defendant FIRST STUDENT, INC. is the sole defendant named and
8  appearing in this action, and Plaintiff has not previously dismissed any of the
9  claims asserted in this lawsuit.  While this lawsuit was filed as a putative class
10 action, Plaintiff was unable to proceed on a class-wide basis.  *See* Order Denying
11 Motion for Class Certification, Dkt. 35.  As a result, the instant suit is an individual
12 action for the named Plaintiff.
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

1
JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

Accordingly, this matter may be dismissed *with prejudice* through the stipulation of all parties without an Order of the Court, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

DATED:  March 9, 2017   LAW OFFICES OF THOMAS W. FALVEY
THE GILLAM LAW FIRM

By: /s/ Armand R. Kizirian
    THOMAS W. FALVEY
    MICHAEL H. BOYAMIAN
    ARMAND R. KIZIRIAN
    CAROL L. GILLAM
    SARA HEUM
    Attorneys for Plaintiff James Motty

DATED:  March 9, 2017   LITTLER MENDELSON, P.C.

By: /s/ David J. Dow
    THEODORE R. SCOTT.
    DAVID J. DOW
    O. MISHELL P. TAYLOR
    HEATHER L. SHOOK
    LITTLER MENDELSON, P.C.
    Attorneys for Defendant
    FIRST STUDENT, INC.

**ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from David J. Dow, of Littler Mendelson, P.C., Attorneys for Defendant.

DATED: March 9, 2017         By: /s/ Armand R. Kizirian
                                 Armand R. Kizirian
                                 Attorneys for Plaintiff